STRADLEY, RONON, STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By: Stephen B. Nolan (SN8810)
    Marianne Johnston (MJ1393)
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ  08002
(856) 321-2400
(856) 321-2415 (fax)

Attorneys for Defendants
John J. Murphy, III, Esquire and
Stradley, Ronon, Stevens & Young, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GIRARD MENOKEN,<br><br>     v.<br>JOHN T. McNAMARA; et al.,<br><br>                    Defendants | CIVIL ACTION<br><br>NO.  1:07-CV-4610 (JMB)<br><br>**CERTIFICATION OF**<br>**STEPHEN B. NOLAN** |

I, Stephen B. Nolan, certify as follows:

1.   I am counsel for Defendants John J. Murphy, III and Stradley Ronon Stevens & Young, LLP in the above matter and as such am familiar with facts set forth herein.

2.   Attached hereto as Exhibit "A" is a true and correct copy of the docket for Menoken v. Standard Forms, Inc., U.S.D.C., D.N.J., No. 1:96-cv-1774 (hereinafter "Menoken I").

3.   Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Second Amended Complaint in Menoken I.

4. Attached hereto as Exhibit "C" is a true and correct copy of the docket in Menoken v. McNamara, U.S.D.C., D.N.J., No. 1:02-cv-3347. (hereinafter "Menoken II".

5. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiff's Complaint in Menoken II, originally filed in the Law Division of the Superior Court of New Jersey for Bergen County, No. L-4967-02, captioned Gerard Menoken v. John T. McNamara, et al.

6. Attached hereto as Exhibit "E" is a true and correct copy of the transcript of the hearing before the Honorable Jerome B. Simandle, on February 26, 2003, on Plaintiff's Motion for Reconsideration under Rule 60(b) to vacate his voluntary dismissal of Menoken II.

7. Attached hereto as Exhibit "F" is a true and correct copy of Judge Simandle's Order entered October 28, 2005 in Menoken II denying Plaintiff's Motion to Vacate his voluntary dismissal of Menoken II.

8. Attached as Exhibit "G" is a true and correct copy of the docket for Menoken v. McNamara, U.S.D.C., D.N.J. No. 1:07-cv-4610, an action Defendants removed from the Law Division of the Superior Court of New Jersey for Camden County, No. L-4209-07 (hereinafter "Menoken III").

9. Attached as Exhibit "H" is a true and correct copy of Plaintiff's Amended Complaint in Menoken III.

10. Attached as Exhibit "I" is a true and correct copy of pages 19-32 of the transcript of proceedings before the Honorable Jerome B. Simandle on June 12, 2000 in Menoken I, a copy of which was included in Volume IV of the parties' joint appendix in Plaintiff's 2000 appeal to the United States Court of Appeals for the Third Circuit at A718-731.

11. Attached as Exhibit "J" is a true and correct copy of a letter dated April 23, 1995 from Cassandra M. Menoken to Robert J. Barry regarding Menoken I.

12. Attached hereto as Exhibit "K" is a letter dated October 14, 1997 from the Honorable Jerome B. Simandle, to counsel, dated October 14, 1997, in Menoken I, recounting history of Cassandra Menoken's *pro hac vice* motions and warning Attorney Menoken about unauthorized practice of law.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing statements are true and correct to the best of my information and belief.

Executed on:   October 17, 2007

/s/ Stephen B. Nolan

L # 646325 v.1